IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| GREGORY M. MABE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:12-cv-00052 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | By: Hon. Jackson L. Kiser |
| Acting Commissioner of Social Security, | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

Before me is the Report and Recommendation ("R & R") of the Honorable B. Waugh Crigler, recommending that I deny Plaintiff's Motion for Summary Judgment, grant the Commissioner's Motion for Summary Judgment, and dismiss this case from the docket of the Court. [ECF No. 18.] The R & R was filed on September 27, 2013, and Plaintiff filed timely Objections on October 11, 2013. [ECF No. 19.] The Commissioner offered no response within the subsequent fourteen (14) day period, and the matter is now ripe for review. *See* Fed. R. Civ. P. 72(b)(2).

For the reasons stated in the accompanying Memorandum Opinion, I hereby **OVERRULE** Plaintiff's Objections, **ADOPT** Judge Crigler's R & R, **DENY** Plaintiff's Motion for Summary Judgment, **GRANT** the Commissioner's Motion for Summary Judgment, and **DISMISS** this case from the active docket of the Court.

The Clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record as well as to Magistrate Judge Crigler.

ENTERED this 15th day of November, 2013.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE